UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                              **NOTICE OF APPEARANCE**

      -against-                                          21-MJ-07759

YE HEIN ZAW,

                                         Defendant.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

I am admitted to practice in this Court and I appear in this case as counsel for defendant Ye Hein Zaw.

Dated: August 11, 2021
       New York, New York

                                                           /s/
                                       Matthew J. Galluzzo, Esq.
                                       The Law Office of Matthew Galluzzo PLLC
                                       11 Broadway Suite 715
                                       New York, New York  10004
                                       Telephone:   (212) 344-5180
                                       Facsimile:    (646) 402-6429
                                       matthew.galluzzo@criminal-defense.nyc