UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                Plaintiff,          2ND ORDER OF CONTINUANCE

-against-

                                                          21 Mag. 7759

YE HEIN ZAW,

                                Defendant.
-------------------------------------------------------------X

       Adjourned to October 27, 2021 by Judith C. McCarthy, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated:  September 28, 2021
           White Plains, New York

                                                                      SO ORDERED:

                                                                      _____
                                                                      JUDITH C. McCARTHY
                                                                      United States Magistrate Judge