UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

United States of America

                          Government(s)    3rd   ORDER OF CONTINUANCE

        -against-                                Case Number: 21-mj-07759

Ye Hein Zaw

                          Defendant(s)

------------------------------------------------X

Adjourned to 11/24/21 by Paul E. Davison United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

DATED: 10/27/21

                                                     Paul E. Davison
                                                     United States Magistrate Judge